157 A.3d 861

EDWARD MINALL AND LORI MINALL, HIS WIFE, PLAINTIFFS-PETITIONERS, v. TOWNSHIP OF SCOTCH PLAINS, TOWNSHIP OF SCOTCH PLAINS MUNICIPAL COURT, AND DEPUTY COURT ADMINISTRATOR SUSAN EIDE, DEFENDANTS, AND OFFICER CHRISTIAN OSTROWSKI, OFFICER STANLEY PEARSON, DETECTIVE MARK HAMPTON, LIEUTENANT JOSEPH ZITO, DETECTIVE SERGEANT DONALD JOYCE AND SERGEANT MATTHEW FUGETT, DEFENDANTS-RESPONDENTS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001135–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.